# In the United States District Court for the Southern District of Georgia
## Brunswick Division

| | |
|---|---|
| CHRISTIAN LOCATELL, | * |
| Petitioner, | * |
| v. | *   CV 224-071 |
| HOLLY JOY LOCATELL, | * |
| Respondent. | * |

### ORDER

Before the Court is a joint consent motion for extension of deadlines. Dkt. No. 49. After consideration, and for good cause shown, the motion is **GRANTED**. The deadlines set forth in the Court's July 2, 2024 minutes, dkt. no. 46, are extended as follows:

The July 8, 2024 deadlines are extended to July 10, 2024.

The July 10, 2024 deadlines are extended to July 12, 2024.

The July 16, 2024 trial will take place as scheduled.

**SO ORDERED**, this 8 day of July, 2024.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA